### U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of<br><br>NATIONAL STABILIZATION AGREEMENT OF THE<br>SHEET METAL INDUSTRY TRUST FUND, ET AL. | Case Number: | FILED: APRIL 11, 2008<br>08 CV 2091    JH<br>JUDGE DER-YEGHIAYAN<br>MAGISTRATE JUDGE MASON |
|---|---|---|

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

AMERICAN CHUTE SYSTEMS, INC.

| NAME (Type or print) |
|---|
| Ronald B. Schwartz |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/  Ronald B. Schwartz |

| FIRM |
|---|
| KATZ, FRIEDMAN, EAGLE, EISENSTEIN, JOHNSON & BARECK, P.C. |

| STREET ADDRESS |
|---|
| 77 W. Washington Street, 20th Floor |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois  60602-2983 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 3128198 | (312) 263-6330 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ |