IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| National Stabilization Agreement Of The Sheet Metal Industry Trust Fund et al., | ) ) ) ) |
| Plaintiffs, | ) ) Case No. 08CV2091 |
| v. | ) ) Judge Der-Yeghiayan |
| American Chute Systems, Inc., | ) ) |
| Defendant. | ) |

## CITATION TO DISCOVER ASSETS

TO:   Frank Stephens, 603 E. Washington St., Joliet, IL 60433

**Address of Judgment Debtor:**
C/O Registered Agent
Frank Stephens, 603 E. Washington St.,
Joliet, IL 60433

**Name and Address of Attorney for Judgment Creditors:**
Ronald B. Schwartz
KATZ, FRIEDMAN, EAGLE, EISENSTEIN, JOHNSON & BARECK
77 W. Washington Street, Suite 2000
Chicago, IL 60602
(312) 263-6330

**Amount of Judgment: $13,800** + interest at 12% per year from date of judgment

Return date: July 21, 2008 at 10:00 a.m.

This Citation directs you to appear before the above named attorney for the Plaintiffs, at:
   **77 West Washington Street, Suite 2000, Chicago, IL 60602**
on the return date stated above, to be examined under oath concerning the indebtedness owed to the Plaintiffs. Testimony will be recorded by sound-and-visual means, that the recording device operator will be Textnet, Inc.

### CERTIFICATION OF ATTORNEY

   I, Ronald B. Schwartz, an attorney, certify to the Court under penalties as provided by federal law that the following information is true:

Date of Judgment: April 4, 2007 Balance Due: $13,800 + interest at 12% per year from date of judgment; Case Number: 1:06CV1299; Name of Court: United States District Court for the Eastern District of Virginia

_____
Attorney for Judgment-Creditors

**YOUR FAILURE TO APPEAR AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT.**

**THIS COURT HAS ISSUED A CITATION AGAINST** the person or party named above. This Citation directs you to appear before the above named attorney for the Plaintiffs, **at 77 West Washington Street, Suite 2000, Chicago, IL 60602** on the return date stated above, to be examined under oath concerning the indebtedness owed to the Plaintiffs. This Citation is issued on the basis of a judgment against the Judgment Debtor in favor of the Judgment Creditors in the amount stated above. On or after the return date stated above, the Court may compel the application of any discovered income or assets toward payment on the judgment.

**YOU ARE COMMANDED** to produce at the examination all books, records and documents belonging to the Judgment Debtor which include, but are not limited to:

1. All original saving account pass books, certificates of deposit, and trust certificates in the name of American Chute Systems, Inc.

2. All original negotiable instruments and negotiable securities in the name of American Chute Systems, Inc.

3. All evidence and memoranda of any ownership interest of American Chute Systems, Inc., in any corporation, partnership, unincorporated association or any business organized or conducted for production of income.

4. All evidence and memoranda of any income received by American Chute Systems, Inc., from April 4, 2007 to present, to include but not limited to tax returns, insurance proceeds, repayment of loans, or receipt of income by gift, bequest or devise.

5. All evidence of any ownership interest of American Chute Systems, Inc., including but not limited to bills of sale, pink slips or any other record of title, in any motor vehicle, airplane, boat, equipment or machinery.

6. All evidence of any debts or payments owed to American Chute Systems, Inc., including but not limited to those arising from loans or judgments.

7. Any evidence that American Chute Systems, Inc., became or was the beneficiary of any trust or will.

8. Any and all evidence or other memoranda indicating that American Chute Systems, Inc., was either a plaintiff or a defendant in any lawsuit from April 4, 2007 to present.

9. Any and all evidence and memoranda indicating that American Chute Systems, Inc., received any judgment, award, bequest or devise in any lawsuit or other court action from April 4, 2007 to present.

10. Any and all evidence and memoranda indicating an ownership interest of American Chute Systems, Inc., in any patent, invention, trade name, trademark, or copyright.

11. Any and all evidence and memoranda indicating an ownership interest of American Chute Systems, Inc., in any real property or developments on real property.

12. Any and all evidence and memoranda indicating a transfer of assets by American Chute Systems, Inc., to any other individual or entity from April 4, 2007 to present.

## NOTICE

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of or interfering with any property not exempt from execution or garnishment belonging to the Judgment Debtor to which the Judgment Creditors may be entitled or which may be acquired by or become due them and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to him until the further order of Court or termination of proceedings. You are not required to withhold the payment of any money beyond double the amount of the judgment.

JUN 2 0 2008
_____
DATE

MICHAEL W. DOBBINS
_____
CLERK OF COURT

_Esperanza Arnold_
_____
DEPUTY

KATZ, FRIEDMAN, EAGLE, EISENSTEIN, JOHNSON & BARECK, P.C.
Attorneys for Plaintiff
77 West Washington Street, Suite 2000
Chicago, Illinois 60602-2801
Phone: (312) 263-6330
L:\Sheetmetal Union Collections\Citation to Discover Assets 6 19 2008.wpd

3

## AFFIDAVIT OF SERVICE

Case No: **08-CV-2091**　　　　　　　　　　　　　　　　　　　　　　Return Date: **7/21/2008**

# National Stabilization Agreement of The Sheet Metal Industry Trust Fund et al
## vs.
# American Chute Systems Inc.

I, **Matthew L. Uthe** the undersigned state the following facts. I am above the age of eighteen. I am not an party to the action. I certify that I have served a:
**Citation to Discover Assets**

The writ was served on **Frank Stephens**

The description of the recipient is **Male White 58 6' 1" 190-200 lbs**

The relationship to the defendant is **Registered Agent**

The **Citation** was served at **603 E Washington St., Joliet, IL 60433**

The writ service date was **6/30/2008** the time of service was **2:44 PM**

Under penalties provided by law pursuant to s1-109 of the Civil Code of Procedure, the undersigned certifies that the statements set forth are true and correct to his/her belief.

_/s/ Matthew L. Uthe_

**Matthew L. Uthe**
IL Licensed Private Detective #115-001701

NOTES/COMMENTS:

Job#: 62607